**No. 69603.**—Gimbel Bros., Inc., et al. *v.* United States, protests 64/17257, etc. (New York).

Opinion by Donlon, J.  In accordance with stipulation of counsel that the merchandise consists of figures similar in all material respects to those the subject of *Wm. S. Pitcairn Corp.* v. *United States* (39 CCPA 15, C.A.D. 458), the claim of the plaintiffs was sustained.

Before the Second Division, October 27, 1965

**No. 69604.**—C. M. Import & Export Corp. et al. *v.* United States, protests 63/7570, etc. (San Francisco).

Opinion by Ford, J.  In accordance with stipulation of counsel that the merchandise consists of earphones similar in all material respects to those the subject of Abstract 69019, the claim of the plaintiffs was sustained.